Marino VIDOVICH, Appellant, v. UNITED STATES of America, Appellee.

No. 5977.

Circuit Court of Appeals, Fifth Circuit.

Feb. 12, 1931.

Henry E. Kahn and Clarence Kendall, both of Houston, Tex., for appellant.

H. M. Holden, of Houston, Tex., for the United States.

Before FOSTER, and WALKER, Circuit Judges, and GRUBB, District Judge.

PER CURIAM.

The judgment in this case is affirmed.

Luther WEEDIN, as U. S. Commissioner of Immigration, etc., Appellant, v. LEE TOY WO, Appellee.

No. 6335.

Circuit Court of Appeals, Ninth Circuit.

Jan. 26, 1931.

Before RUDKIN and WILBUR, Circuit Judges.

PER CURIAM.

Pursuant to motion of appellant, ordered appeal dismissed; mandate forthwith.

H. A. WROE, Appellant, v. James W. BASS, Collector of Internal Revenue, Appellee.

No. 5915.

Circuit Court of Appeals, Fifth Circuit.

Feb. 21, 1931.

Before BRYAN and FOSTER, Circuit Judges, and HUTCHESON, District Judge.

PER CURIAM.

The petition for rehearing in the above numbered and entitled cause [44 F.(2d) 1023] is denied.

Henry C. ZELLER and Edward G. Zeller, Appellees, v. The UNITED STATES of America, Appellant.

No. 214.

Circuit Court of Appeals, Second Circuit.

Feb. 2, 1931.

Richard H. Templeton, U. S. Atty., of Buffalo, N. Y. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Ottamar Hamele, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for appellant.

Slee, O'Brian, Hellings & Ulsh, of Buffalo, N. Y. (Ralph Ulsh, of Buffalo, N. Y., of counsel), for the United States.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

While this case presents some variations in fact, they justify no further discussion than that in our opinion in Art Metal Construction Company v. United States of America 47 F.(2d) 558. The facts are, indeed, stronger for the defendant.

For the reasons therein stated, the judgment [35 F.(2d) 870] is reversed, and the petition dismissed.